THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* MICHAEL BOWEN, Petitioner-Appellant.

(No. 73-335;

Fifth District—March 5, 1975.

Opinion by Mr. JUSTICE CARTER.

Paul Bradley and Steven Clark, both of State Appellate Defender's Office, of Chicago, for appellant.

Herbert J. Lantz, Jr., State's Attorney, of Chester (Bruce D. Irish, of Statewide Appellate Assistance Service, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIAM L. NANCE, Defendant-Appellant.

(No. 74-35;

Fifth District—March 5, 1975.